

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

2023 AUG 30 PM 5:47

UNITED STATES OF AMERICA,

Plaintiff,

vs.

RAYMUNDO GREEN-CHAVEZ,

Defendant.

CASE NO. 4:23CR3097

**WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT AND ORDER**

Pursuant to Federal Rule of Criminal Procedure 10(b), the defendant hereby waives personal appearance at the arraignment on the charge[s] currently pending against the defendant in this court.

(1) The defendant affirms receiving a copy of the indictment;

(2) The defendant understands the right to appear personally before the Court for an arraignment on the charge[s], and voluntarily waives that right; and

(3) The defendant pleads not guilty to all counts of the indictment.

_Raymundo Green_ [Firma]
Defendant

Date: 8/29/23

_____
Attorney for Defendant

Date: 8/30/23

### ORDER

**IT IS ORDERED** that Defendant's waiver is hereby accepted, and Defendant's not guilty plea to all counts is entered on record with the Clerk of Court.

DATED this 30th day of August, 2023.

BY THE COURT:

_____
CHERYL R. ZWART
UNITED STATES MAGISTRATE JUDGE